IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYANT JOHNSON, | Civil No. 3:19-CV-2101 |
| Petitioner, | (Judge Mariani) |
| v. | |
| KEVIN RANSOM, SUPERINTENDENT, *et al.*, | |
| Respondents. | |

**ORDER**

**AND NOW**, this 17th day of November, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** to any right Petitioner may have to assert his retaliation and conditions of confinement claims in a properly filed civil rights action.

2. Petitioner's motion to amend (Doc. 4) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Court Judge

Dated: November 17, 2020